## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

City of Peabody, Massachusetts, individually and on behalf of a class of all others similarly situated,

Case No.: 25-cv-2083-JMB-SGE

Plaintiff,

v.

3M Company, et al.,

Defendants.

**NOTICE OF DISMISSAL OF DEFENDANTS INTERTECH GROUP, INC., PBI PERFORMANCE PRODUCTS, INC., AND GENTEX CORPORATION ONLY**

PLEASE TAKE NOTICE that Plaintiff, under Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismisses this action as to Defendants InterTech Group, Inc. and PBI Performance Products, Inc., and Gentex Corporation only, without prejudice and without costs to any party.

Dated: August 29, 2025

/s/Daniel C. Hedlund

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Daniel J. Nordin (#392393)
Lydia E. Lockwood (#505659)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
llockwood@gustafsongluek.com

Kathleen C. Chavez (*admitted pro hac vice*)
Robert M. Foote (*admitted pro hac vice*)
Elizabeth C. Chavez (*admitted pro hac vice*)
Bret K. Pufahl (*admitted pro hac vice*)
**FOOTE CHAVEZ LAW, LLC**
1541 E. Fabyan Parkway, Suite 101
Geneva, IL 60134
(630) 232-7450
kcc@fmcolaw.com
rmf@fmcolaw.com
ecc@fmcolaw.com
bkp@mfcolaw.com

Jan Richard Schlichtmann (*admitted pro hac vice*)
**JAN SCHLICHTMANN, ATTORNEY AT LAW**
P.O. Box 233
Prides Crossing, MA 01965
(978) 804-2553
jan@schlichtmannlaw.com

***Counsel for Plaintiff and the Proposed Class***