## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| CITY OF PEABODY, MASSACHUSETTS, individually and on behalf of a class of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> 3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY); EIDP, INC.; DUPONT DE NEMOURS, INC.; CHEMOURS COMPANY; CHEMOURS COMPANY FC, LLC; CORTEVA, INC.; ELEVATE TEXTILES, INC.; GENTEX CORPORATION; GLOBE MANUFACTURING COMPANY, LLC; W.L. GORE & ASSOCIATES, INC.; FIRE-DEX GW, LLC; HONEYWELL SAFETY PRODUCTS USA, INC.; INTERTECH GROUP, INC.; LION GROUP, INC.; MILLIKEN & COMPANY; MORNING PRIDE MANUFACTURING L.L.C.; PBI PERFORMANCE PRODUCTS, INC.; SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC.; STEDFAST USA, INC.; and TENCATE PROTECTIVE FABRICS USA D/B/A SOUTHERN MILLS, INC., <br><br> *Defendants*. | Case No. 25-cv-02083-JMB-SGE <br><br> Hon. Jeffrey M. Bryan |

## CERTIFICATE OF COMPLIANCE

I, Benjamin W. Hulse, certify that the foregoing Memorandum of Law in Support

of Defendant 3M Company's Motion to Dismiss Plaintiff's Complaint complies with Local

Rule 7.1(f), because it contains 7,590 words, including headings, footnotes, and quotations, as counted by the word count function of Microsoft Word 2021, exclusive of the caption, tables, and signature block. I also certify that the Memorandum complies with the type-size limitations of Local Rule 7.1(h) because it was prepared using 13-point font, Times New Roman typeface.

By: _/s/ Benjamin W. Hulse_____
Benjamin W. Hulse (MN #390952)
Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN  55402
Telephone: (612) 321-2800
Facsimile: (612) 321-2288
Ben.hulse@nortonrosefulbright.com

*Counsel for Defendant 3M Company*