# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

CITY OF PEABODY, MASSACHUSETTS, individually and on behalf of a class of all others similarly situated,

Case No. 25-cv-2083 (JMB/SGE)

Plaintiff,

V.

3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY); EIDP, INC.; DUPONT DE NEMOURS, INC.; CHEMOURS COMPANY; CHEMOURS COMPANYFC, LLC; CORTEVA, INC.; ELEVATE TEXTILES, INC.; GLOBE MANUFACTURING COMPANY, LLC; W.L. GORE & ASSOCIATES, INC.; FIREDEX GW, LLC; HONEYWELL SAFETY PRODUCTS USA, INC.; LION GROUP, INC.; MILLIKEN & COMPANY; MORNING PRIDE MANUFACTURING L.L.C.; SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC.; STEDFAST USA, INC.; and SOUTHERN MILLS INC. D/B/A TENCATE PROTECTIVE FABRICS,

Defendants.

## JOINT STIPULATION FOR EXTENSION OF TIME TO AMEND AND RESPOND TO THE CORRECTED COMPLAINT

The parties in the above-captioned matter hereby stipulate and agree as follows:

1.      On May 13, 2025, Plaintiff filed its Class Action Complaint. (ECF No. 1).

2.      On July 14, 2025, Plaintiff filed its Agreed Motion to File a Corrected Complaint (ECF No. 20) and on July 21, 2025, the Court granted the motion and ordered that the Corrected Complaint be filed on or before August 4, 2025. (ECF No. 25).

3.      On July 22, 2025, Plaintiff filed its Corrected Complaint. (ECF No. 26).

4.      On October 16, 2025, Defendants filed numerous motions to dismiss. (ECF Nos. 102, 106, 111, 114, 118, 122, 127).

5.      On November 6, 2025, the Parties submitted a Joint Stipulation for Extension of Time to Amend and Respond to the Corrected Complaint. (ECF No. 140).

6.      On November 21, 2025, the Court issued an order on the Parties Joint Stipulation, permitting Plaintiff to file an Amended Corrected Complaint on or before January 9, 2026; and Defendants to answer or otherwise respond on or before February 13, 2026. (ECF No. 145).

7.      Pursuant to Federal Rule of Procedure 15(a)(2), Defendants hereby consent to an additional extension of Plaintiff's deadline to file an Amended Corrected Complaint, such that Plaintiff file its Amended Corrected Complaint on or before February 10, 2026.

8.      The Parties likewise agree that Defendants' deadline to answer, move, or otherwise respond to the Amended Corrected Complaint be extended to April 3, 2026.

9.      The parties respectfully request that the Court approve this Joint Stipulation and order that Plaintiff's Amended Corrected Complaint be filed on or before February 10,

2

2026, and order that Defendants shall answer, move, or otherwise respond to the Amended

Corrected Complaint on or before April 3, 2026.

Dated: January 9, 2026                    Respectfully submitted,

                              By:    /s/ Daniel C. Hedlund
                                     Daniel E. Gustafson (#202241)
                                     Daniel C. Hedlund (#258337)
                                     Daniel J. Nordin (#392393)
                                     Lydia E. Lockwood (#505659)
                                     **GUSTAFSON GLUEK PLLC**
                                     Canadian Pacific Plaza
                                     120 South Sixth Street, Suite 2600
                                     Minneapolis, MN 55402
                                     Tel: (612) 333-8844
                                     dgustafson@gustafsongluek.com
                                     dhedlund@gustafsongluek.com
                                     dnordin@gustafsongluek.com
                                     llockwood@gustafsongluek.com

                                     Kathleen C. Chavez, Esq. (admitted *Pro Hae Vice)*
                                     Robert M. Foote, Esq. (admitted *Pro Hae Vice)*
                                     Elizabeth C. Chavez, Esq. (admitted *Pro Hae Vice)*
                                     Bret K. Pufahl, Esq. (admitted Pro Hae Vice)
                                     **FOOTE CHAVEZ LAW, LLC**
                                     1541 E. Fabyan Parkway, Suite 101
                                     Geneva, IL 60134
                                     Tel: 630.232.7450
                                     kcc@fincolaw.com
                                     rmf@fmcolaw.com
                                     ecc@fmcolaw.com
                                     bkp@fmcolaw.com

                                     ***Counsel for Plaintiff and the Proposed Class***

                                     /s/ G. Tony Atwal
                                     Ben W. Hulse (MN #0390952)
                                     G. Tony Atwal (MN #0331636)
                                     **NORTON ROSE FULBRIGHT US LLP**

3

60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
ben.hulse@nortonrosefulbright.com
tony.atwal@nortonrosefulbright.com
Tel: (612) 321-2278
Fax: (612) 321-2288

**Counsel for Defendant 3M Company**

Alethea M. Huyser (#0389270)
Devin T. Driscoll (#0399948)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: 612.492.7000
ahuyser@fredlaw.com
ddriscoll@fredlaw.com

James L. Stengel (N.Y. Bar No. 1800556)
(admitted *pro hac vice*)
Paige Pavone (N.Y. Bar No. 5395041)
(*pro hac vice* forthcoming)
**ORRICK, HERRINGTON
& SUTCLIFFE LLP**
51 West 52nd Street New York, NY
10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
jstengel@orrick.com
ppavone@orrick.com

Hillary Dang (D.C. Bar No. 888314267)
(admitted *pro hac vice*)
**ORRICK, HERRINGTON
& SUTCLIFFE LLP**
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
hdang@orrick.com

**Attorneys for Defendant Globe
Manufacturing Company, LLC**

4

James F. Bogan III, Ga. Bar No. 065220
(admitted *pro hac vice*)
Bennett T. Richardson, Ga. Bar No. 974586
(admitted *pro hac vice*)
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6467
Facsimile: (404) 541-3133
jbogan@ktslaw.com
btrichardson@ktslaw.com

William L. Moran, MN #0177167
**Haws-KM, P.A.**
30 East Seventh Street, Suite 3200
St. Paul, MN 55101-4919
Telephone: (651) 227-9411
Facsimile: (651) 223-5199
wmoran@hkmlawgroup.com

***Counsel for Defendant Southern Mills, Inc.
d/b/a Tencate Protective Fabrics***

Mark T. Berhow, Reg. No. 031450X
**HINSHAW & CULBERTSON LLP**
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Telephone: 612-333-3434
Fax: 612-334-8888
mberhow@hinshawlaw.com

***Attorneys for Defendant Stedfast USA, Inc.***

Andrew P. Leiendecker (#0399107)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
andrew.leiendecker@stinson.com

5

Jason R. Benton (NC State Bar No. 27710)
*Admitted Pro Hac Vice*
Caroline B. Barrineau (NC State Bar No. 51571)
*Admitted Pro Hac Vice*
**PARKER POE ADAMS & BERNSTEIN LLP**
620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 372-9000
jasonbenton@parkerpoe.com
carolinebarrineau@parkerpoe.com

Robert Osborne (SC State Bar No. 101827)
*Admitted Pro Hac Vice*
**PARKER POE ADAMS & BERNSTEIN LLP**
850 Morrison Drive, Suite 400
Charleston, South Carolina 29403
(843) 727-2662
robertosborne@parkerpoe.com

*Attorneys for Defendants Elevate Textiles, Inc. and Safety Components Fabric Technologies, Inc.*

Emily B. Suhr
MN State Bar No. 0403064
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
90 South 7th Street, Suite 2800
Minneapolis, MN 55402
Phone: (612) 428-5000
Fax: (612) 428-5001
emily.suhr@lewisbrisbois.com

*Attorneys for Defendant Lion Group, Inc*

Robert J. Gilbertson, Reg. No. 22361X
Caitlinrose H. Fisher, Reg. No. 0398358
**FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP**
1500 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402
(612) 474-3300

6

bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com

Gregory L. Skidmore, N.C. Bar No. 35571
(*pro hac vice*)
Travis S. Hinman, N.C. Bar No. 50779
(*pro hac vice*)
**ROBINSON, BRADSHAW & HINSON, P.A.**
600 S. Tryon Street, Suite 2300
Charlotte, NC 28202
(704) 377-2536
gskidmore@rbh.com
thinman@rbh.com

Stephen D. Feldman, N.C. Bar No. 34940
(*pro hac vice*)
434 Fayetteville Street, Suite 1600
Raleigh, NC 27601
(919) 239-2600
sfeldman@rbh.com

*Attorneys for Defendants*
*Honeywell Safety Products USA, Inc. and*
*Morning Pride Manufacturing, LLC*

Zachary A. Alter, MN Bar No. 0399991
**FELHABER LARSON**
220 South 6th Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321
zalter@felhaber.com

Jameson B. Carroll (*pro hac vice*
*motion forthcoming*)
Michael Weiss (*pro hac vice motion*
*forthcoming*)
**CARROLL & WEISS LLP**
2870 Peachtree Road N.W., Suite 193
Atlanta, GA 30305-2918
(404) 668-4063

*Attorneys for Defendant*
*Milliken & Company*

7

Libretta P. Stennes (#390951)
Michael T. Vangel (#505737)
**GREENBERG TRAURIG, LLP**
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
612-259-9700
libby.stennes@gtlaw.com
mike.vangel@gtlaw.com

Douglas E. Fleming III (*pro hac vice*)
Jacqueline D. Harrington (*pro hac vice*)
Paul A. LaFata (*pro hac vice*)
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
douglas.fleming@dechert.com
jacqueline.harrington@dechert.com
paul.lafata@dechert.com

***Attorneys for Defendant W. L. Gore &
Associates, Inc.***

8