**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

CITY OF PEABODY, MASSACHUSETTS, individually and on behalf of a class of all others similarly situated,

       Plaintiff,

   v .

3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY), *et al*.,

       Defendants.

Case No.: 25-cv-2083

**DEFENDANTS EIDP, INC. F/K/A E. I. DU PONT DE NEMOURS AND COMPANY; DUPONT DE NEMOURS, INC.; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; AND CORTEVA, INC.'S NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendants EIDP, Inc. f/k/a/ E. I. du Pont de Nemours and Company; DuPont de Nemours, Inc.; The Chemours Company; The Chemours Company FC, LLC; and Corteva, Inc., by and through its undersigned counsel, will bring a Motion to Dismiss Plaintiff's First Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12 on **June 23, 2026 at 10:00 a.m.** before the Honorable Jeffrey M. Bryan, United States District Judge, at the United States District Court for the District of Minnesota, Courtroom 3B, 316 N. Robert Street, St. Paul, Minnesota 55101.

Dated: April 2, 2026

Respectfully submitted,

*/s/ Arthur G. Boylan*

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**
Arthur G. Boylan (MN #338229)
60 South Sixth Street, Suite 3900
Minneapolis, MN 55402
(612) 349-6969
aboylan@anthonyostlund.com

**SHOOK, HARDY & BACON L.L.P.**
Andrew Carpenter *(pro hac vice)*
Brent Dwerlkotte *(pro hac vice)*
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
acarpenter@shb.com
dbdwerlkotte@shb.com

*Attorneys for Defendants*
*EIDP, Inc. f/k/a E. I. du Pont de Nemours and Company; DuPont de Nemours, Inc.; The Chemours Company; The Chemours Company FC, LLC; and Corteva, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's electronic filing system, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Arthur G. Boylan*
Arthur G. Boylan