UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF PEABODY, MASSACHUSETTS, individually and on behalf of a class of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY) et al.,<br><br>　　　　Defendants. | Case No. 25-cv-2083 (JMB/SGE)<br><br>**DEFENDANT GLOBE MANUFACTURING COMPANY, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS-ACTION COMPLAINT OR ALTERNATIVELY STRIKE OR DISMISS PLAINTIFF'S CLASS ALLEGATIONS** |

Defendant Globe Manufacturing Company, LLC ("Globe") respectfully moves the Court for an Order dismissing with prejudice Plaintiff's First Amended Class-Action Complaint under Federal Rules of Civil Procedure 12(b)(1), (2), and (6) and 9(b), or alternatively strike or dismiss Plaintiff's Class Allegations under Rules 12(f) and 12(b)(6). The First Amended Class-Action Complaint fails to allege that the Court has either subject matter jurisdiction over the matter or personal jurisdiction over Globe, and it fails to state a claim upon which relief may be granted. It also fails to meet the particularity requirements of Rule 9(b). Additionally, the class-action allegations should be stricken or dismissed because the pleadings demonstrate on their face that the proposed class cannot be certified. For these reasons, the First Amended Class-Action Complaint must be dismissed.

Defendant Globe bases this Motion on this action's files, records, oral arguments, and its briefing and supporting materials, which will be filed and served in accordance with

the Federal Rules of Civil Procedure, Rule 7.1 of the Local Rules, and Judge Bryan's

Practice Pointers.

Dated: May 5, 2026

*/s/ Alethea M. Huyser*

Alethea M. Huyser (#0389270)
Devin T. Driscoll (#0399948)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-7000
ahuyser@fredlaw.com
ddriscoll@fredlaw.com

James L. Stengel* (N.Y. Bar No. 1800556)
Paige Pavone* (N.Y. Bar No. 5395041)
**ORRICK, HERRINGTON
& SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
jstengel@orrick.com
ppavone@orrick.com

Hillary Dang* (D.C. Bar No. 888314267)
**ORRICK, HERRINGTON
& SUTCLIFFE LLP**
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
hdang@orrick.com

***Attorneys for Defendant Globe
Manufacturing Company, LLC***

*Admitted *pro hac vice*

2