UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF PEABODY, MASSACHUSETTS, individually and on behalf of a class of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY) et al.,<br><br>  Defendants. | Case No. 25-cv-2083 (JMB/SGE)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GLOBE MANUFACTURING COMPANY, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS-ACTION COMPLAINT OR ALTERNATIVELY STRIKE OR DISMISS PLAINTIFF'S CLASS ALLEGATIONS** |

Before the Court is Defendant Globe Manufacturing Company, LLC's Motion to Dismiss Plaintiff's First Amended Class-Action Complaint or Alternatively Strike or Dismiss Plaintiff's Class Allegations. Based upon the arguments of counsel and upon all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant Globe Manufacturing Company, LLC's Motion to Dismiss is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____          _____
                                        Hon. Jeffrey M. Bryan
                                        United States District Judge